FILED by INTAKE D.C.
FEB 18 1998
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

I object to the proposed settlement in Leaser et al. v. Direct TV Inc., Case No. 97-2324-CIV-Highsmith, in the United States District Court for the Southern District of Florida, Miami Division.

Larry L. Merritt
25 South Drive
Anderson, In. 46013
Direct tv account # 000049149

I object because of Direct TV's monopolizing my prepaid annual subscription to their choices. I dropped to a minimum subscription and started paying monthly with anticipation of dropping them all together, if I was stuck with another channel line-up, if I paid annually.

The first choice given would make or increase my subscription price about $1% a month to receive a $4. credit. The second choice is not acceptable either, because I did not voluntarily cancel anything.

I would prefer not to be monopolized

again by paying more to get what they want, or lying to get a refund.

Gary and Brenda McHatten